UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>      Plaintiff )<br>  )<br>  )<br>vs. )<br>  )<br>ALVARO GOMEZ-ORBE, ET AL. )<br>  )<br>      Defendant(s) )<br>_____ ) | CRIMINAL NO. 07MJ2428-CAR<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   _____

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

OSCAR GAMBOA-GARCIA

DATED:  11/15/07

CATHY ANN BENCIVENGO

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by p. DELACRUZ
        Deputy Clerk