UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.07cr3180-W (CAB) |
| Plaintiff, ) | |
| vs. ) | |
| 1. Alvaro GOMEZ-Orbe, ) | PROPOSED ORDER |
| 2. Gregory VARAS, ) | |
| 3. Roberto Jesus LASARTE, ) | |
| Defendant(s) ) | |

**It is hereby Ordered** that the personal surety bond of $5000.00 which secured the presence of material witness SAUL HERNANDEZ-PALOS, be exonerated forthwith.

/////

/////

/////

/////

/////

**It Is Further Ordered** that the Clerk of Court shall release and disburse the $500 held in the Registry of the Court to the Surety:

David Gonzalez Ixtlahuac
1235 N Sephora Ave.,
Covina, CA 91724

Dated: December 13, 2007

HONORABLE CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE